# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MOSTAFA MASOMI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-10058-FDS |
| MEHRANDOKHT MADIDI, ROBERT J. DILIBERO, and LISA MODECKER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**SAYLOR, J.**

Plaintiff Mostafa Masomi initiated this action seeking redress for the alleged violation of his constitutional rights during the course of his divorce proceedings. (Docket No. 1). The action was dismissed for lack of subject-matter jurisdiction on March 1, 2018, (Docket No. 5) and Masomi filed a notice of appeal (Docket No. 7). On March 28, 2018, Masomi filed a motion to appeal *in forma pauperis*, which the Court denied because (1) he failed to make an adequate showing that he is without sufficient funds to pay the filing fee for the appeal, and (2) because the appeal was not taken in good faith.

Now before the Court is Masomi's Motion to Make Correction on March 26, 2018 Appeal in Forma Pauperis. (Docket No. 13). Treating this as a motion for reconsideration of the Court's denial of his motion for leave to appeal *in forma pauperis*, the motion will be denied. Plaintiff filed an updated affidavit attesting that he is responsible for two student loans which make his monthly expenses higher than his income. However, those loans appear to be for his two adult children, and he has offered no explanation as to why they are not able to contribute to

them—indeed, he lists only his 23-year-old daughter as reliant on him for support. (Docket No. 8 at 3). He still has a job and equity in his house. (*Id.* at 2-3). Furthermore, the appeal is not taken in good faith because plaintiff has still not put forth a colorable argument that there is subject-matter jurisdiction over this case.

Accordingly, plaintiff's motion for reconsideration is DENIED.

**So Ordered.**

Dated: June 12, 2018

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge